FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Marcus Tunstall / #216-796

Jessup Corr. Inst. ("JCI")

P.O. BOX 534

Jessup, Maryland [20794-0534]
(Full name, prison identification
number and address of the plaintiff)

v.

Civil Action No. DKC-15-1580
(Leave blank on initial filing to be filled in by Court.)

Larry Hogan, Governor of Maryland, et al. (attached)

State House

100 State Circle

Annapolis, Maryland 21401-1925
(Full name and address of the defendant(s))

## COMPLAINT

I. **Previous lawsuits**

    A.    Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

            YES ☐    NO ☒

    B.    If you answered YES, describe that case(s) in the spaces below.

        1.    Parties to the other case(s):

            Plaintiff: _____

            Defendant(s): _____

Senators:

George C. Edwards;  Joseph M. Getty;
Christopher B. Shank;  Johnny Ray Salling;
Michael Hough;   J.B. Jennings;
Katherine Klausmeier;  Gail Bates;
Bobby A. Zirkin;  Edward J. Kasemeyer;
Guy J. Guzzone;  Susan C. Lee;
Roger Manno;  Jamie Raskin;
Mac Middleton;  Steve Waugh;
John C. Astle;  Bryan W. Simonaire;
James Ed DeGrange;  Edward R. Reilly;
Bob Cassilly;  Wayne Norman;
Stephen S. Hershey, Jr.;  Adelaide "Addie" Eckardt;
Jim Mathias; Nancy J. King;
Jim Brochin; Bill Ferguson;
Victor Ramirez

(All Senators are at):
Miller Senate Building
State House
Annapolis, Maryland 21401

(All Senators are at):
Thomas V. Mike Miller, Jr. Senate Bldg.
State House
Annapolis, Maryland 21401; and

House Delegates:

Wendell R. Beitzel; Jason C. Buckel; Mike McKay;
Elizabeth Paul; Neil Parrott; Brett Wilson;
Carol L. Krimm; Karen Lewis Young; William "Will" folden;
Kathy Afzali; Kelly Schulz; David E. Vogt, III;
Susan Krebs; Justin Ready; Haven Shoemaker;
Robert L. Grammer, Jr.; Bob Long; Ric Metzgar;
Rick Impallaria; Pat McDonough; Kathy Szeliga;
Eric Bromwell; John Cluster; Christian Miele;
Trent Kittleman; Warren Miller; Bob Flanagan;
Adrienne A. Jones; Shelly Hettleman; Dan Morhaim;
Eric Ebersole; Terri L. Hill; Clarence K. Lam;
Vanessa Atterbeary; Shane E. Pendergrass; Frank S. Turner;
Anne R. Kaiser; Eric Luedtke; Craig Zucker;
David Fraser-Hidalgo; Aruna Miller; C. William Frick;

(All House Delegates are at)
Lowe House Office Bldg.
6 Bladden Street
Annapolis, MD 21401-1991

House Delegates (cont.):

Ariana Kelly; Marc Korman; Kumar P. Barve;
Jim Gilchrist; Andrew Platt; Al Carr;
Ana Sol Gutierrez; Jeff Waldstreicher; Bonnie Cullison;
Ben Kramer; Sheila E. Hixson; Ben Barnes;
Barbara A. Frush; Joseline Pena-Melnyk; Tawana P. Gaines;
Anne Healey; Geraldine Valentino-Smith; Marvin E. Holmes, Jr.;
Joseph F. Vallario, Jr.; Erek Barron; Carolyn J.B. Howard;
Michael L. Vaugh; Angela Angel; Darryl Barens;
Derek E. Davis; Tony Knotts; Kris Valderrama; Jay Walker;
James E. Proctor, Jr.; Michael A. Jackson; Mark N. Fisher;
Sally Y. Jameson; Edith J. Patterson; C.T. Wilson;
Matt Morgan; Deb Rey; Tony O'Donnell;
Mike Busch; Herb McMillen; Seth Howard; Ned Carey;
Nicholaus R. Kipke; Meagan C. Simonaire; Pamela Beidle;
Mark S. Chang; Theodore J. Sophocleus; Tony McConkey;
Sid Saab; Cathy Vitale; Mary Ann Lisanti;
Glen Glass; Susan K. McComas; Andrew Cassilly;
Teresa Reilly; Jeff Ghrist; Jay A. Jacobs;
Steve Arentz; Sheree Sample-Hughes; Christopher T. Adams;
Johnny Mautz; Charles James Otto; Carl Anderton;
Mary Beth Carozza; Charles E. Barkely; Kirill Reznik;
Shane Robinson; Frank M. Conaway, Jr.; Antonio Hayes;
Barbara A. Robinson; Nathaniel T. Oaks; Stephen Lafferty;
Susan L. Aumann; Chris West; Maggie McIntosh;
Keith E. Haynes; Pat young; Talmadge Branch;
Cheryl D. Glenn; Cory V. McCray; Luke Clippinger;
Peter A. hammen; Brooke Elixabeth Lierman; Diana M. Fennell.

(All House Delegates are at):

Lowe House Office Bldg.
6 Bladen Street
Annapolis, Maryland 21401-1991

Case 8:15-cv-01580-DKC   Document 1   Filed 06/01/15   Page 4 of 5

2. Court (if a federal court name the district; if a state court name the city or county): _____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

_____

7. Date of disposition: _____

II. Administrative proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☐   NO ☒

1. If you answered YES:

a. What was the result? _____

_____

b. Did you appeal?

YES ☐   NO ☐

2. If you answered NO to either of the questions above, explain why:
ARP process not available to challenge Gonvernor and State Legislators.

III. Statement of claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

The Defendants are continuing to act under the "color of law" to further violate the mandates of the U.S. Constitution —regarding juveniles— and, although the Defendants acknowledge that Maryland laws are illegal, they refuse to correct said laws; thereby, continuing to violate the U.S. Constitution.

IV. Relief
(State briefly what you want the Court to do for you.)

Mr. Tunstall seek equitable relief: (i) declaratory judgment and (ii) injunctive order. And, monetary damages: (i) nominal damages in the sum total of $157,000.00 (=$1,000.00 from each Defendant); and (ii) punitive damages totalling $313,000.00 (=$2,000.00 from each Defendant).

SIGNED THIS 27th day of May, 2015.

"WITHOUT PREJUDICE"

(original signature of plaintiff)

Marcus Tunstall©

JCI - #216796
P.O. BOX 534

Jessup, Maryland [20794-0534]

(address of plaintiff)